IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANDRES LOPEZ                                                                PETITIONER
Reg. #35574-007

VS.                           NO. 2:17-CV-76-BRW-BD

GENE BEASLEY, Warden,
Federal Correctional Institution-Low,
Forrest City, Arkansas                                                      RESPONDENT

## ORDER

I have reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Lopez's timely objections, and after a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Petitioner Andres Lopez's petition for writ of habeas corpus (Doc. No. 1) is DENIED and DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 16th day of November, 2017.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE